**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2059**

RONALD I. PAUL,

        Plaintiff - Appellant,

        v.

PAUL D. DE HOLCZER, individually and as a partner of the law
firm of Moses, Koon & Brackett, PC; MICHAEL H. QUINN,
individually and as senior lawyer of Quinn Law Firm, LLC; J.
CHARLES ORMOND, JR., individually and as partner of the Law
Firm of Holler, Dennis, Corbett, Ormond, Plante & Garner;
OSCAR K. RUCKER, in his individual capacity as Director,
Rights of Way South Carolina Department of Transportation;
MACIE M. GRESHAM, in her individual capacity as Eastern
Region Right of Way Program Manager South Carolina
Department of Transportation; NATALIE J. MOORE, in her
individual capacity as Assistant Chief Counsel, South
Carolina Department of Transportation,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, Senior
District Judge.  (3:15-cv-02178-CMC)

Submitted:  January 29, 2016            Decided:  February 4, 2016

Before MOTZ, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald I. Paul, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald I. Paul appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint* and the order denying his Fed. R. Civ. P. 59(e) motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Paul v. de Holczer, No. 3:15-cv-02178-CMC (D.S.C. July 28, 2015 & Sept. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We conclude we have jurisdiction over this appeal. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623-25 (4th Cir. 2015) (providing standard).